NUMBER 13-03-236-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

THE STATE OF TEXAS,                                                    Appellant,

v.

EXXON MOBIL CORPORATION,                                          Appellee.
___________________________________________________________________

On appeal from the 295th District Court 
of Harris County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, THE STATE OF TEXAS, perfected an appeal from a judgment entered
by the 295th District Court of Harris County, Texas, in cause number 2001-00437. After
the record and briefs were filed and after the cause was submitted to the Court, the parties
filed an agreed motion to reverse and remand. In the motion, the parties state that they
have settled the disputed issues on appeal and request that the Court remand all matters
for further proceedings.
          The Court, having examined and fully considered the documents on file and the
parties’ agreed motion, is of the opinion that the motion should be granted. The joint
motion is granted, and the judgment of the trial court is hereby REVERSED and the cause
is REMANDED to the trial court in accordance with the parties’ settlement agreement.  
                                                                PER CURIAM
 
Justice Garza not participating.
Memorandum Opinion delivered and filed this
the 10th day of September, 2004.